**FILED**
CLERK, U.S. DISTRICT COURT

JUL 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBER CAMPOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRULINE CORPORATION, a corporation; ROD TRUMAN, an individual; and DOES 1 - 20, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV10-283 SVW(PLAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Trial Date:　　　　7/27/2010<br>Complaint Filed:　01/12/2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

## ORDER

Pursuant to the Stipulation Dismissing Action with Prejudice, this action (case number EDCV10-283 SVW(PLAx)) is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear his or its own attorneys' fees and costs.

Dated: July 13, 2010

STEPHEN V. WILSON
JUDGE, UNITED STATES DISTRICT COURT

Firmwide:96261983.1 057189.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1.